UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEON DURELL HOBLEY,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>E. BAKER, et al.,<br><br>　　　　　　Defendants. | No. 2:15-cv-1260-EFB P<br><br><br>ORDER |

　　　　Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. On February 24, 2016, the court ordered plaintiff to submit the necessary documents to effectuate service of process on defendants Baker and Delgado through the United States Marshal. ECF No. 9. Plaintiff submitted the completed forms USM-285 as ordered, but did not submit a completed summons or the required number of copies of the complaint.

　　　　Accordingly, IT IS HEREBY ORDERED that within 21 days from service of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit it to the court along with the required documents for service of process. Failure to comply with this order may result in an order of dismissal.

DATED: March 23, 2016.

　　　　　　　　　　　　　　　　　　　　　　　　EDMUND F. BRENNAN
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1

1
2
3
4
5
6
7                     UNITED STATES DISTRICT COURT

8                   FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10   LEON DURELL HOBLEY,                    No. 2:15-cv-1260-EFB P

11          Plaintiff,

12      v.                                  NOTICE OF SUBMISSION OF
                                            DOCUMENTS
13   E. BAKER, et al.,

14          Defendants.

15

16      Plaintiff hereby submits the following documents in compliance with the court's order

17   filed _____:

18
                    __1__      completed summons form
19
                    __2__      copies of the endorsed June 12, 2015 complaint
20

21
     DATED:
22

23
                                    _____
24                                  Plaintiff

25
26
27
28
                                            2