UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEON DURRELL HOBLEY, | No. 2:15-cv-1260 MCE CKD P |
| Plaintiff, | |
| v. | ORDER |
| E. BAKER, et al., | |
| Defendants. | |

Plaintiff is a prisoner who is proceeding pro se and in forma pauperis. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983. On May 17, 2016, the court ordered the United States Marshal to serve the complaint on defendants. Process directed to defendant Stacy Delgado was returned unserved. After process was returned, the court learned that counsel for defendant Delgado in 2:15-cv-1155 MCE CKD P will accept service for Ms. Delgado. (See ECF No. 76 in 2:15-cv-1155 MCE CKD P). Accordingly, IT IS HEREBY ORDERED that:

    1. The Clerk of the Court is directed to send to plaintiff one USM-285 form, along with an instruction sheet and a copy of the complaint filed June 12, 2015;

    2. Within thirty days from the date of this order, plaintiff shall complete and submit the attached Notice of Submission of Documents to the court, with the following documents:

/////

/////

         a.  One completed USM-285 form for defendant Delgado, with the address for service of process identified as Rivera and Associates, 2180 Harvard Street, Suite 310, Sacramento, CA, 95815; and

         b.  Two copies of the endorsed complaint filed June 12, 2015.

3.  Plaintiff's failure to submit to the court the documents identified above within 30 days will result in defendant Delgado being dismissed from this case.

Dated:  December 13, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1/mp
hobl1260.8e

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEON DURELL HOBLEY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>E. BAKER, et al.,<br><br>　　　　　Defendants. | No.  2:15-cv-1260 MCE EFB P<br><br>NOTICE OF SUBMISSION OF DOCUMENTS |

　　　Plaintiff hereby submits the following documents in compliance with the court's order

filed _____ :

　　　\_\_\_\_　　　completed summons form

　　　\_\_1\_\_　　completed USM-285 forms

　　　\_\_2\_\_　　copies of the \_\_\_June 12, 2015_____
　　　　　　　　　　　　　　　Complaint

DATED:

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Plaintiff