UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEON DURRELL HOBLEY, | No. 2:15-cv-1260 MCE CKD P |
| Plaintiff, | |
| v. | ORDER |
| E. BAKER, et al., | |
| Defendants. | |

Plaintiff has filed a motion for extension of time to file and serve an opposition to defendant's December 14, 2017 motion for summary judgment. Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 76) is granted; and

2. Plaintiff is granted thirty days from the date of this order in which to file and serve his opposition. Failure to file an opposition within 30 days will result in a recommendation that this action be dismissed.

Dated: February 7, 2018

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1/mp
hobl1260.36(2)