UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEON DURELL HOBLEY,<br><br>  Plaintiff,<br><br>  v.<br><br>E. BAKER, et al.,<br><br>  Defendants. | No. 2:15-cv-1260 MCE CKD P<br><br><br>ORDER |

There are two pending motions for summary judgment. Plaintiff has not opposed either motion. Good cause appearing, IT IS HEREBY ORDERED that within thirty days of the date of this order, plaintiff shall file oppositions to the pending motions for summary judgment or statements of non-opposition. Failure to comply with this order will result in dismissal of this action pursuant to Federal Rule of Civil Procedure 41(b).

Dated: March 21, 2018

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
hobl1260.46