UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEON DURELL HOBLEY,<br><br>Plaintiff,<br><br>v.<br><br>E. BAKER, et al.,<br><br>Defendants. | No. 2:15-cv-1260 MCE CKD P<br><br><br><br>FINDINGS AND RECOMMENDATIONS |

Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. There are two pending motions for summary judgment. On March 21, 2018, plaintiff was ordered to file oppositions or statements of non-opposition within thirty days. In the same order, plaintiff was informed that failure to file oppositions would result in a recommendation that this action be dismissed pursuant to Fed. R. Civ. P. 41(b). The thirty day period has now expired, and plaintiff has not responded to the court's order.

The court notes that the court's March 21, 2018 order was returned to the court by the U.S. Postal Service. Plaintiff was properly served as it is the plaintiff's responsibility to keep the court apprised of his current address at all times. Pursuant to Local Rule 182(f), service of documents at the record address of the party is fully effective.

For the foregoing reasons, IT IS HEREBY RECOMMENDED that this action be dismissed pursuant to Federal Rule of Civil Procedure 41(b).

1 | These findings and recommendations are submitted to the United States District Judge
2 | assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days
3 | after being served with these findings and recommendations, any party may file written
4 | objections with the court and serve a copy on all parties. Such a document should be captioned
5 | "Objections to Magistrate Judge's Findings and Recommendations." Any response to the
6 | objections shall be filed and served within fourteen days after service of the objections. The
7 | parties are advised that failure to file objections within the specified time may waive the right to
8 | appeal the District Court's order. <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

Dated: April 30, 2018

/s/ Carolyn K. Delaney
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
hob1260.46frs